IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Marshall Taylor )
229 Lewis St. )
Prattville, AL 36067 )
_____ )
Plaintiff(s) )
) CA: 2:05CV800-T
v. )
)
Alfred Wadsworth )
Prattville Police Dept )
Prattville, AL 36067 )
_____ )
Defendant(s) )

RECEIVED
2005 AUG 22 A 9:32

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) __Marshall Taylor__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Marshall Taylor_
Plaintiff(s) signature

Chief Alford Wadsworth has sent evil spirits to my house. And I want him to stop. Also he has harassed me by sending police officers to my house breaking in and pulling weapons on me for no reason. It has really upset me and caused me to be sick. It scared me very bad. I have problems sleeping at night because of this.

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

RECEIVED
2005 AUG 22 A 9:32

Marshall Taylor
Plaintiff

V.

Alfred Wadsworth

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Marshall Taylor__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? __NO__ Do you receive any payment from the institution? __NO__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   April 2005  Pearson Industries   $260 per wk
              Bill Pearson  Prattville, AL. 36067  (Mary ? Supervisor)

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends            ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☐ Yes   ☑ No
   f. Any other sources                               ☑ Yes   ☐ No  unemployment

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

unemployment (temporary)
$176 per wk.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Jamikki Taylor - daughter
unemployed

I declare under penalty of perjury that the above information is true and correct.

8-15-05          *Marshall Taylor*
   Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.