IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARSHALL TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv800-T |
| | ) | |
| **ALFRED WADSWORTH, Chief,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Charles S. Coody for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 26th day of August, 2005.

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**