AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Marshall Taylor
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Alfred Wadsworth
Defendant

CASE NUMBER:  2:05cv800-T

TO: (Name and address of Defendant)

Alfred Wadsworth
Prattville Police Department
Prattville, AL 36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marshall Taylor
229 Lewis Street
Prattville, AL 36067

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9/13/05