| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Oralis Montgy_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Oralis Montgomery_  C. Date of Delivery _9-14-05_ |
| 1. Article Addressed to:<br><br>Alfred Wadsworth<br>Prattville Police Department<br>Prattville, AL 36067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV 800-T<br>S+C |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 4420 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540