September 14, 2005

Marshall Taylor
Plaintiff

V.

Chief Alford Wadsworth
and Charlotte Reed
Defendants

REC
2005 SEP 2[illegible] 9:47
DEBRA [illegible]
U.S. [illegible]
MID[illegible]

205-cv-803-A
(WO)

205-cv-800-T ✓

My Constitutional rights were violated when Alford Wadsworth sent (2) police officers to my home They entered my home without my permission with drawn Weapons while I was in the restroom. They did threaten me and accused me of things I Knew nothing about. It was around 8:00 to 9:00 pm April 2005 He (Chief Alford Wadsworth) has also sent evil spirits to my home; yes this has upset me to the point that I can hardly sleep. I dont Know when the Chief will send more evil Spirits.

Also Charlotte Reed has sent evil spirits to me and she has collected money from me for my fines but didnot apply them to my fines. They (my fines) keeps getting higher and higher the more money I pay. I beg to get these people and their evil spirits off my back. I want them to let me live my life as a good citizen. Stop with the Evil Spirits.

They Take my money for BOND 1,000 By courts They had supose to gave It Back, ms CHARLOTTE GRIFFITH.

Thank you
Marshall Taylor

SCANNED
9-23-05 CC

anything you file after your petition showing when you mailed copies and to whom they were sent. The certificate of service appears at the end of the pleading or motion and looks like the sample below.

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of Sept, 2005, a copy of this (title of the document) complaint, was mailed, postage prepaid, to (name and address of the attorney or person to whom you sent it).

Alford Wadsworth
Charlotte Reed

Marshall Taylor
Marshall Taylor
(your signature)

It is **not** necessary to state in the certificate of service that copies were sent to the Court or the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the respondents in your case file an answer and attach as an exhibit to their motion a copy of a parole revocation decision, you do not have to attach a copy of that document to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else.

Marshall Taylor

PHONE: 334) 365-9525
229 Lewis St
Prattville Ala 36067