IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARSHALL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:05-cv-800-T |
| CHIEF ALFORD WADSWORTH | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

COMES NOW Defendant Chief Alfred Wadsworth, by and through the undersigned counsel of record, and for Answer to the Plaintiff's Complaint and Amended Complaint states the following:

1. This Defendant denies all material allegations of the Complaint and demands strict proof thereof.

2. This Defendant pleads that the Complaint fails to state a claim upon which relief can be granted.

3. This Defendant pleads the lack of a constitutional claim in this case.

4. This Defendant pleads qualified immunity as a bar to liability and recovery in this case.

5. This Defendant pleads discretionary function immunity as a bar to liability and recovery in this case.

6. This Defendant pleads immunity in this case pursuant to Alabama Code § 6-5-338 as a bar to liability and recovery in this case.

7. This Defendant pleads that the Plaintiff has failed to state a claim pursuant to 42 U.S.C. § 1983.

8. This Defendant pleads that damages in this case are limited by law and that punitive damages are not allowed by law on the Plaintiff's claims.

9. This Defendant pleads justification and good faith for all actions taken toward the Plaintiff herein.

10. This Defendant pleads the general issue.

11. This Defendant reserves the right to amend his Answer to plead additional affirmative defenses for a reasonable time upon the completion of discovery.

12. This Defendant reserves the right to amend his Answer to plead a Counterclaim, Cross-Claim, or Third-Party claim for a reasonable time upon the completion of discovery.

/s/ Alex L. Holtsford
ALEX L. HOLTSFORD (ASB-9586-D62A)
S. MARK DUKES (ASB-9697-U77S)
Counsel for Defendant Alfred Wadsworth

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585 - Phone
334-215-7101 - Facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to

Mr. Marshall Taylor
229 Lewis Street
Prattville, AL 36067

on this the 27th day of September 2005.

_____
OF COUNSEL